JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SYLVIA FLORES,<br>Defendant | No. CV 13-8741<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Sylvia Flores, in the principal amount of $1,910.49 plus interest accrued to November 26, 2013, in the sum of $3,175.35; with interest accruing thereafter at 0.41% annually until entry of judgment, administration costs in the amount of $65.89, for a total amount of $**5,151.73**.

DATED: 12/30/13

By: TERRY NAFISI
Clerk of the Court

[signature]
Deputy Clerk
United States District Court